**Statement of Offense**

On March 2, 2026, at approximately 1:32 p.m., members assigned to the United States Marshal Service ("USMS") Capital Area Regional Fugitive Task Force ("CARFTF") were live-monitoring video footage from the Minnesota Avenue Metro Station in Northeast, Washington, D.C., attempting to locate and arrest Darryl Jerome Goldston (hereinafter "defendant"). Law enforcement knew the defendant was the subject of a felony arrest warrant (701GM2500018170) for Aggravated Malicious Wounding issued by a Magistrate Judge in Newport News, Virginia on December 29, 2025.

On March 2, 2026, CARFTF members observed a suspect, believed to be the defendant, on live video footage board Metro Bus #3062 (hereinafter "bus") at the Minnesota Avenue Metro Station. A member of CARTFF then reviewed the live footage from the interior of the bus and confirmed the individual to be the defendant. The CARFTF member sent an image of the defendant in his current clothing to Metro Transit Police Department officers, noting that he was believed to be armed and dangerous. At approximately 1:47 p.m., Metro Transit Police Department officers stopped the bus at 4510 East Capitol Street, NE, Washington, D.C. to locate the defendant. The defendant was located in the back left seat of the bus, placed in handcuffs, and apprehended. An officer then conducted a protective pat down of the defendant. At that time, law enforcement located and recovered a firearm from the defendant's front waistband. Law enforcement also located a Maryland identification card from the defendant, which confirmed his identity as the individual wanted on the Newport News, Virginia arrest warrant.

The firearm recovered from the defendant was a Beretta 92S, 9mm caliber, semi-automatic handgun with serial number X09670Z. It appeared to be fully functional, able to expel a projectile by means of an explosive, had a barrel length of less than twelve inches, and had the ability to be

1

fired by the use of a single hand.  The firearm was loaded with one round of ammunition in the chamber and 15 rounds in a 15-round capacity magazine.  After the pistol was removed from the defendant's waistband, he was placed under arrest.

Your Affiant knows that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the recovered firearm and ammunition would have traveled in interstate commerce before they were recovered in the District of Columbia.

A criminal history check revealed that on May 9, 2015, the defendant was convicted of Burglary in the First Degree and Use of Handgun in the Commission of a Crime of Violence in the Seventh Judicial Circuit Court of Maryland, case number CT150482X, and sentenced to 20 years' imprisonment, with 15 years suspended.  As such, on the date of his arrest in the instant case, the defendant was aware that he had been previously convicted of a crime that was punishable by more than one year.  This conviction also made the defendant ineligible to have a concealed pistol carry permit in the District of Columbia.  A check on the D.C. Gun Registry Database revealed the defendant was not licensed to possess a firearm in the District of Columbia.

As such, your Affiant submits that probable cause exists to charge Darryl Jerome Goldston with a violation of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).



_____
SPECIAL AGENT BRANDON TWENTYMON
BUREAU OF ALCOHOL, TOBACCO, FIREARMS
AND EXPLOSIVES

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 4th day of March, 2026.

_____
THE HONORABLE MATTHEW J. SHARBAUGH
U.S. MAGISTRATE JUDGE

2